1
2
3
4
5
6
7
8                          **UNITED STATES DISTRICT COURT**

9              **NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION**

10

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELANO RETAIL PARTNERS LLC, et al.<br><br>Defendants. | **CASE NO. CV 10-03073-BZ**<br><br>**DENYING**<br>**[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56**<br><br>Local Rule 7-11<br><br>Assigned to: Honorable Bernard Zimmerman |

(Note: "DENYING" inserted; "[PROPOSED]" and "GRANTING" struck through)

---

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF          Case No. CV 10-03073-BZ
*OC 286,753,783v1*

Having reviewed the Motion for Administrative Relief from General Order No. 56 filed by defendant Arthur S. Becker, Trustee of the Arthur S. Becker Revocable Living Trust, the supporting Declaration of Michael J. Chilleen, any opposition filed thereto, and finding good cause therein:

**IT IS HEREBY ORDERED** that all parties are relieved from conducting any further mediation sessions under General Order No. 56 and a case management conference is scheduled for _____.

~~**IT IS SO ORDERED.**~~

DATED: _____, 2011                                              _____
                                                                                       The Honorable Bernard Zimmerman

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — DENIED — Judge Bernard Zimmerman]

**DENIED.** Defendant Becker has made an insufficient showing to warrant releif from General Order 56 and has failed to explain what discovery would assist the mediation.

Dated: 6/29/2011

---

1

[PROPOSED] ORDER GRANTING MOTION FOR ADMINISTRATIVE RELIEF                    Case No. CV 10-03073-BZ
OC 286,753,783v1

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the aforesaid county, State of California; I am over the age of 18 years and not a party to the within action; my business address is **3161 Michelson Drive, Suite 1000, Irvine, CA 92612.**

On the below date, I filed **MOTION FOR ADMINISTRATIVE RELIEF FROM GENERAL ORDER NO. 56** with the Clerk of the United States District Court for the Central District, using the CM/ECF System.  The Court's CM/ECF System will send an email notification of the foregoing filing to the following parties and counsel of record who are registered with the Court's CM/ECF System:

| | |
|---|---|
| Thomas E. Frankovich<br>The Frankovich Group<br>4328 Redwood Hwy, Suite 300<br>San Rafael, CA  94903<br>tfrankovich@disabilitieslaw.com | *Attorneys for Plaintiff Craig Yates* |
| Delano Retail Partners, LLC<br>c/o Dennis Delano<br>1260 Lake Blvd., Suite 101<br>Davis, CA  95616 | *Defendant* |

☒ **(BY ELECTRONIC SERVICE VIA CM/ECF SYSTEM)**
In accordance with the electronic filing procedures of this Court, service has been effected on the aforesaid party(s) above, whose counsel of record is a registered participant of CM/ECF, via electronic service through the CM/ECF system.

☒    **(FEDERAL)**       I declare under penalty of perjury that the foregoing is true and correct, and that I am employed at the office of a member of the bar of this Court and at whose direction the service was made.

Executed on June 23, 2011, at Irvine, California.

/s/ Gregory F. Hurley
Gregory F. Hurley