UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>       Plaintiff(s),<br><br>  v.<br><br>DELANO RETAIL PARTNERS LLC,<br>et al.,<br><br>       Defendant(s). | No. C10-3073 BZ<br><br>**ORDER TO SHOW CAUSE** |

On November 17, 2011, mediator Robin W. Siefkin certified that an unsuccessful mediation process had been completed. Pursuant to General Order 56, which governs this case, plaintiff should have filed a motion for administrative relief requesting a case management conference **seven days** thereafter. Plaintiff has failed to do so. Plaintiff is therefore **ORDERED** to show cause on **December 13, 2011 at 4:00 p.m.**, in **Courtroom C**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102, why this case should not be

///

///

///

1

dismissed for lack of prosecution and failure to comply with court orders.

Dated: December 2, 2011

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\YATES V. DELANO\ORDER TO SHOW CAUSE.wpd

2