1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11   CRAIG YATES,                )
                                 )
12            Plaintiff(s),      )     No. C10-3073 BZ
                                 )
13        v.                     )
                                 )     **ORDER DISCHARGING ORDER TO**
14   DELANO RETAIL PARTNERS LLC, )     **SHOW CAUSE AND SETTING CASE**
     et al.,                     )     **MANAGEMENT CONFERENCE**
15                               )
              Defendant(s).      )
16   _____)

17        Having reviewed the Amended Response to the Order to Show

18   Cause, **IT IS HEREBY ORDERED** as follows:

19        1.  The Order to Show Cause is **DISCHARGED**.  The hearing

20   scheduled for December 13, 2011 is **VACATED.**

21        2.  A case management conference is scheduled for

22   **Tuesday, January 31, 2012 at 4:00 p.m.**, in **Courtroom C**, 15th

23   Floor, Federal Building, 450 Golden Gate Avenue, San

24   Francisco, California 94102.  By **January 24, 2012**, the parties

25   shall file a joint case management statement containing a

26   ///

27   ///

28   ///

                                 1

1   proposed schedule for trying the remaining issues.

2   Dated: December 9, 2011

3                                   _____
                                    Bernard Zimmerman
4                                   United States Magistrate Judge

5

6   G:\BZALL\-BZCASES\YATES V. DELANO\ORDER DISCHARGING OSC AND SETTING CMC.wpd

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28