IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>    Plaintiff,<br><br>  v.<br><br>DELANO RETAIL PARTNERS, LLC,<br>doing business as DELANO'S IGA<br>MARKET #1; and ARTHUR S. BECKER,<br>as Trustee of the ARTHUR S.<br>BECKER REVOCABLE LIVING TRUST,<br><br>    Defendants.<br>_____/ | No. C 10-3073 CW<br><br>ORDER STRIKING<br>OPPOSITION AND<br>REPLY TO<br>DEFENDANT'S MOTION<br>TO STAY AND<br>SUPPORTING<br>DECLARATIONS OF<br>THOMAS E.<br>FRANKOVICH AND<br>MICHAEL J.<br>CHILLEEN (Docket<br>Nos. 36, 36-1, 38,<br>and 38-3) |

    On February 9, 2012, Defendant Arthur S. Becker, Trustee of the Arthur S. Becker Revocable Trust, filed a motion to stay the entire action.

    On February 23, 2012, Plaintiff Craig Yates, through counsel, filed an opposition to Defendant's motion and offered the declaration of Thomas E. Frankovich in support thereof. In these materials, Plaintiff disclosed certain items that happened or were said during a court-sponsored mediation session on May 18, 2011.

    On March 1, 2012, Defendant filed a reply in support of his motion to stay and offered the declaration of Michael J. Chilleen in support thereof. In these filings, Defendant, among other things, objected to Plaintiff's use of the mediation information, disputed the substance of Plaintiff's disclosure and requested that the Court order Plaintiff's counsel to show cause why he should not be sanctioned for disclosing the mediation information.

    Under the Court's Local Rules for Alternative Dispute Resolution (ADR Local Rules), discussions and disclosures made

during mediation are presumptively designated as confidential and may not be "disclosed to the assigned judge" or "used for any purpose, including impeachment, in any pending or future proceeding," absent "truly exigent circumstances." ADR Local Rule 7-5(a); ADR Local Rule 7-5, Commentary. Plaintiff has not obtained prior court approval to disclose otherwise confidential information and has not provided any legitimate basis for the disclosure of such information without prior approval.

Accordingly, the Court STRIKES Plaintiff's Opposition and the Frankovich Declaration, as well as Defendant's Reply and the Chilleen Declaration (Docket Nos. 36, 36-1, 38, and 38-3). Within three days of the date of this Order, the parties shall re-file these documents omitting any reference to material deemed confidential under the ADR Local Rules. The parties may not add additional arguments to these documents.

Further, a motion for sanctions may not be presented for the first time in a reply brief. See Civil Local Rule 7-8. If Defendant wishes to pursue sanctions, he shall do so in compliance with ADR Local Rule 2-4, which sets forth the procedures for resolving complaints regarding violations of the ADR Local Rules and provides that such complaints shall not be filed with the undersigned, but shall instead be presented in writing to the ADR Magistrate Judge.

IT IS SO ORDERED.

Dated: 3/6/2012

_____
CLAUDIA WILKEN
United States District Judge