THOMAS E. FRANKOVICH (State Bar #074414)
*A PROFESSIONAL LAW CORPORATION*
4328 Redwood Hwy., Suite 300
San Rafael, CA 94903
Telephone:    415/674-8600
Facsimile:    415/674-9900

Attorneys for Plaintiff
CRAIG YATES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>DELANO RETAIL PARTNERS LLC, a California Limited Liability Company dba DELANO'S IGA MARKET #1; and ARTHUR S. BECKER, Trustee of the ARTHUR S. BECKER REVOCABLE LIVING TRUST,<br><br>    Defendants. | CASE NO. CV-10-3073-BZ (CW)<br><br>**PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE APPLICATION; AND** [PROPOSED] **ORDER THEREON** |

**TO THE COURT AND COUNSEL FOR DEFENDANTS**:

Plaintiff CRAIG YATES, by and through his undersigned counsel, hereby submits this request for a telephonic appearance at the Case Management Conference currently set for March 22, 2012, at 2:00 p.m. in courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California, before the Honorable Claudia Wilken.

Thomas E. Frankovich will be out of the country commencing March 13, 2012 through April 22, 2012.

Therefore, plaintiff's counsel respectfully request that he be permitted to appear at the Case Management Conference telephonically.

Dated: March 6, 2012

Respectfully submitted,
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/Thomas E. Frankovich_____
     Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

**ORDER**

**IT IS HEREBY ORDERED** that counsel for plaintiff CRAIG YATES may appear telephonically for the Case Management Conference set for March 22, 2012, at 2:00 p.m.

Dated: _____March 7___, 2012      By_____[signature]_____

      HONORABLE CLAUDIA WILKEN

      UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE APPLICATION; AND [~~PROPOSED~~] ORDER THEREON CASE No. CV-10-3073-BZ (CW)

2