1  THOMAS E. FRANKOVICH (State Bar #074414)
   *A PROFESSIONAL LAW CORPORATION*
2  4328 Redwood Hwy., Suite 300
   San Rafael, CA 94903
3  Telephone:   415/674-8600
   Facsimile:   415/674-9900
4
   Attorneys for Plaintiff
5  CRAIG YATES

6
                    UNITED STATES DISTRICT COURT
7
                   NORTHERN DISTRICT OF CALIFORNIA
8

9

10 CRAIG YATES, an individual,           )  **CASE NO. CV-10-3073-BZ (CW)**
                                         )
11        Plaintiff,                     )  **PLAINTIFF'S REQUEST FOR**
                                         )  **TELEPHONIC APPEARANCE**
12 v.                                    )  **APPLICATION; AND [PROPOSED]**
                                         )  **ORDER THEREON**
13                                       )
   DELANO RETAIL PARTNERS LLC, a         )
14 California Limited Liability Company dba )
   DELANO'S IGA MARKET #1; and           )
15 ARTHUR S. BECKER, Trustee of the      )
   ARTHUR S. BECKER REVOCABLE            )
16 LIVING TRUST,                         )
                                         )
17                                       )
                                         )
18        Defendants.                    )
   _____)
19

20

21
          **TO THE COURT AND COUNSEL FOR DEFENDANTS**:
22
          Plaintiff CRAIG YATES, by and through his undersigned counsel, hereby submits this
23
   request for a telephonic appearance at the Case Management Conference currently set for March
24
   22, 2012, at 2:00 p.m. in courtroom 2, 4th Floor, 1301 Clay Street, Oakland, California, before the
25
   Honorable Claudia Wilken.
26
          Thomas E. Frankovich will be out of the country commencing March 13, 2012 through
27
   April 22, 2012.
28

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE APPLICATION; AND [PROPOSED] ORDER THEREON CASE
No. CV-10-3073-BZ (CW)

                                                                                                1

Therefore, plaintiff's counsel respectfully request that he be permitted to appear at the Case Management Conference telephonically.

Dated: March 6, 2012

Respectfully submitted,
THOMAS E. FRANKOVICH,
*A PROFESSIONAL LAW CORPORATION*

By: ___/s/Thomas E. Frankovich_____
Thomas E. Frankovich
Attorneys for Plaintiff CRAIG YATES, an individual

**ORDER**

**IT IS HEREBY ORDERED** that counsel for plaintiff CRAIG YATES may appear telephonically for the Case Management Conference set for March 22, 2012, at 2:00 p.m.

Dated: _____March 7__, 2012    By: _____/s/ Claudia Wilken_____

HONORABLE CLAUDIA WILKEN

UNITED STATES DISTRICT JUDGE

PLAINTIFF'S REQUEST FOR TELEPHONIC APPEARANCE APPLICATION; AND [PROPOSED] ORDER THEREON CASE No. CV-10-3073-BZ (CW)

2