IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CRAIG YATES,

    Plaintiff,

  v.

DELANO RETAIL PARTNERS LLC, et al.,

    Defendants.
_____/

No. C 10-03073 CW

ORDER OF REFERENCE TO MAGISTRATE JUDGE

    Pursuant to Local Rule 72-1, IT IS HEREBY ORDERED that the motion for protective order and **all discovery motions** filed in the above-captioned case are referred to a Magistrate Judge.  The hearing noticed for Thursday, July 5, 2012, is vacated.  Counsel will be advised of the date, time and place of appearance by notice from the assigned Magistrate Judge.

Dated: 6/8/2012

                              CLAUDIA WILKEN
                              United States District Judge

cc: MagRef; Assigned M/J w/mo.