UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>                    Plaintiff,<br><br>         vs.<br><br>DELANO RETAIL PARTNERS LLC, et al.,<br><br>                    Defendants. | CASE NO. CV 10-03073-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO MEET AND CONFER TELEPHONICALLY REGARDING ALL DISCOVERY DISPUTES**<br><br>**DISCOVERY MATTER**<br><br>Judge:  Chief Magistrate Judge Marie-Elena James<br><br>Assigned to: Honorable Claudia Wilken<br>Trial Date:    None Set |

Having reviewed the Application to Meet and Confer Telephonically filed by counsel for defendant Arthur S. Becker, Trustee of the Arthur S. Becker Revocable Living Trust, and finding good cause therein, the Court rules as follow:

1.  The parties are exempted from the Court's requirement that they meet and confer in person in an attempt to resolve discovery disputes before filing any discovery-related motions. The parties may meet and confer by telephone instead.

**IT IS SO ORDERED.**

DATED: __June 18, 2012_____, 2012            _____
                                                Chief Magistrate Judge Marie-Elena James

---

1

[PROPOSED] ORDER GRANTING APP. TO MEET AND CONFER TELEPHONICALLY    Case No. CV 10-03073-CW

OC 286,933,151v1