1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA - OAKLAND DIVISION**

| | |
|---|---|
| CRAIG YATES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>DELANO RETAIL PARTNERS LLC, et al.,<br><br>Defendants. | CASE NO. CV 10-03073-CW<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S APPLICATION TO MEET AND CONFER TELEPHONICALLY REGARDING ALL DISCOVERY DISPUTES**<br><br>**DISCOVERY MATTER**<br><br>Judge: Chief Magistrate Judge Marie-Elena James<br><br>Assigned to: Honorable Claudia Wilken<br>Trial Date:   None Set |

1  Having reviewed the Application to Meet and Confer Telephonically filed by counsel for
2  defendant Arthur S. Becker, Trustee of the Arthur S. Becker Revocable Living Trust, and finding good
3  cause therein, the Court rules as follow:
4  1. The parties are exempted from the Court's requirement that they meet and confer in
5  person in an attempt to resolve discovery disputes before filing any discovery-related motions. The
6  parties may meet and confer by telephone instead.
7  **IT IS SO ORDERED.**

9  DATED: __June 18, 2012_____, 2012         _____
10                                              Chief Magistrate Judge Marie-Elena James