IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DELANO RETAIL PARTNERS, LLC,<br>doing business as DELANO'S IGA<br>MARKET #1; ARTHUR S. BECKER, as<br>Trustee of the ARTHUR S. BECKER<br>REVOCABLE LIVING TRUST; and<br>RALPH'S GROCERY COMPANY,<br><br>　　　　Defendants.<br>_____/ | No. C 10-3073 CW<br><br>ORDER DIRECTING<br>PLAINTIFF TO FILE<br>PROOF OF TIMELY<br>SERVICE UPON<br>DEFENDANT RALPH'S<br>GROCERY COMPANY<br>AND MOVE FOR ENTRY<br>OF DEFAULT |

　　The Court ORDERS Plaintiff Craig Yates to file proof of timely service upon Defendant Ralph's Grocery Company pursuant to Federal Rule of Civil Procedure 4(l) within three days of this Order and, if appropriate, to move for entry of default against this Defendant by that date.

　　IT IS SO ORDERED.

Dated: 9/24/2012

　　　　　　　　　　　　　　　　　　CLAUDIA WILKEN
　　　　　　　　　　　　　　　　　　United States District Judge