IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG YATES,<br><br>      Plaintiff,<br><br>  v.<br><br>DELANO RETAIL PARTNERS, LLC, doing business as DELANO'S IGA MARKET #1; ARTHUR S. BECKER, as Trustee of the ARTHUR S. BECKER REVOCABLE LIVING TRUST; and RALPH'S GROCERY COMPANY,<br><br>      Defendants.<br>_____/ | No. C 10-3073 CW<br><br>ORDER STRIKING DEFENDANTS' SEPARATE EVIDENTIARY AND PROCEDURAL OBJECTIONS (Docket Nos. 78-5, 78-6, 78-7, 78-8 and 79) AND GRANTING LEAVE TO RE-FILE OPPOSITION AND CROSS-MOTION |

    On September 28, 2012, Defendants Arthur S. Becker, Trustee of the Arthur S. Becker Revocable Living Trust, and Ralphs Grocery Company filed their twenty page opposition to Plaintiff Craig Yates's motion for summary judgment and cross-motion for summary judgment. Docket No. 78-1. Defendants concurrently filed four separate documents consisting of evidentiary and procedural objections to Plaintiffs' motion for summary judgment. See Docket Nos. 78-5, 78-6, 78-7, 78-8 and 79.[1] These four documents total more than twenty-five pages.

    Civil Local Rule 7-3(a) provides that, when a party files an opposition to a motion, "[a]ny evidentiary and procedural

---

[1] Defendants described Docket No. 78-6 as "Objection Decl. Frankovich" in the docket, apparently referring to the declaration by Plaintiff's counsel. However, the document attached to this docket entry is Defendants' notice of their cross-motion for summary judgment, which was also filed as Docket No. 78. Defendants also filed their objections to Mr. Frankovich's declaration as Docket No. 79.

objections to the motion must be contained within the brief or memorandum," which may not exceed twenty-five pages of text. In violation of Rule 7-3, Defendants has filed their evidentiary and procedural objections separately from their brief. Further, between the five documents, Defendants filed forty-five pages of text.

Accordingly, the Court STRIKES Defendants' separate evidentiary and procedural objections (Docket Nos. 78-5, 78-6, 78-7, 78-8 and 79). Defendants are granted leave to amend and refile their opposition and cross-motion incorporating any evidentiary and procedural objections, within two days of the date of this Order. Defendants' amended opposition and cross-motion shall not exceed twenty-five pages.

IT IS SO ORDERED.

Dated: 10/3/2012

CLAUDIA WILKEN
United States District Judge